**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7025**

———————

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

        versus

JOSEPH LAMPKIN,

                            Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-98-84, CA-00-813-AM)

———————

Submitted:  November 30, 2000      Decided:  December 20, 2000

———————

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Lampkin, Appellant Pro Se. Francine Davis, David Jay Ignall, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Joseph Lampkin seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Lampkin, Nos. CR-98-84; CA-00-813-AM (E.D. Va. May 26, 2000). In addition, we decline to address the issues raised for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED